IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANEDIA MORROW, Individually and on behalf of MAR'YANA MORROW and MARQUEONNA MORROW, Minor Children, | ) ) ) ) ) | CASE NO. 8:04CV179 |
| Plaintiffs, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) ) | |
| OMAHA HOUSING AUTHORITY, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss (Filing No. 34). According to the motion, the parties have settled their dispute. In the proposed order provided to the Court by the Plaintiff, the dismissal is requested to be with prejudice. Taking the motion and proposed order together, I conclude that the requirements of Fed. R. Civ. P. 41(a) have been satisfied, and that the dismissal shall be with prejudice. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court is directed to strike the Plaintiff's Motion to Dismiss (Filing No. 33);

2. The Plaintiff's Motion to Dismiss (Filing No. 34) is granted;

3. The Complaint is dismissed with prejudice; and

4. The parties shall pay their own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 24th day of March, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge